IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANTA FE ALLIANCE FOR PUBLIC
HEALTH AND SAFETY; ARTHUR
FIRSTENBERG; and MONIKA STEINHOFF,

    Plaintiffs,

v.                                              Civ. No. 18-1209 KG/JHR

CITY OF SANTA FE, NEW MEXICO;
HECTOR H. BALDERAS, Attorney
General of New Mexico; and UNITED
STATES OF AMERICA,

    Defendants.

## AMENDED FINAL JUDGMENT

Pursuant to the Tenth Circuit's Opinion (Doc. 81), Judgment (Doc. 80-1), and the Mandate issued on June 4, 2021.[1]

IT IS ORDERED that the Final Judgment (Doc. 73) is amended as follows:

1. the federal claims raised in Count One (substantive due process claim), Count Two (procedural and substantive due process claims), Count Three (takings claim), and Count Eighteen (procedural and substantive due process claims) of the First Amended Complaint for Declaratory Judgment and Injunctive Relief (First Amended Complaint) (Doc. 19) are dismissed without prejudice;

2. the federal claims raised in Count One (procedural due process claim), Count Four (First Amendment right to petition claim), Count Nineteen (First Amendment free speech claim),

---

[1] This second Mandate is not docketed in this case, Civ. No. 18-1209 KG/JHR, but it is docketed in the Tenth Circuit appellate case, 20-2066.

and Count Twenty (First Amendment free speech claim) of the First Amended Complaint are dismissed with prejudice;

3. the state claims raised in the First Amended Complaint are dismissed without prejudice; and

4. this lawsuit is now terminated in its entirety.

/s/ *signature*
UNITED STATES DISTRICT JUDGE